Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−23057−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Jessica Sheppard
    6013 Highland St
    Port Norris, NJ 08349

Social Security No.:
    xxx−xx−7428

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on March 17, 2017.

On 10/19/2017 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:                November 15, 2017
Time:                 10:00 AM
Location:         4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: October 20, 2017
JAN: kvr

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-23057-JNP
Jessica Sheppard                                                      Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1         User: admin              Page 1 of 2              Date Rcvd: Oct 20, 2017
                             Form ID: 185             Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 22, 2017.
```
db          +Jessica Sheppard,   6013 Highland St,   Port Norris, NJ 08349-3712
cr          +Seterus,   PO Box 1077,   Hartford, CT 06143-1077
cr          +Seterus, Inc., as the authorized subservicer for F,    P.O. Box 1047,   Hartford, CT 06143-1047
516298261   +ADT,   14000 E EXPOSITION AVENUE,   AURORA, CO 80012-2538
516399765    Bank Of America, N.A.,   PO BOX 31785,   Tampa, FL 33631-3785
516276202   +Capital One Auto Finance,   Po Box 259407,   Plano, TX 75025-9407
516276203   +Capital One Bank,   P.O. Box 30281,   Salt Lake City, UT 84130-0281
516361317    Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC 28272-1083
516276206   +Cumberland County Special Civil,   60 W Broad Street,   Bridgeton, NJ 08302-2515
516276207    Direct Loan Svc,   P.O. Box 5609,   Greenville, TX 75403-5609
516461240    Directv, LLC,   by American InfoSource LP as agent,   PO Box 5008,
              Carol Stream, IL 60197-5008
516298259   +JAMES SHEPPARD JR,   6013 HIGHLAND ST,   PORT NORRIS, NJ 08349-3712
516312200   +Kubota Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
516276209  #+Kubota Credit corp USA,   3401 Del Amo Blvd,   Torrance, CA 90503-1636
516298260   +LEADERS FINANCIAL CO,   PO BOX 15820,   RICHMOND, VA 23227-5820
516276211   +Mohela/Dept Of Ed,   633 Spirit Drive,   Chesterfield, MO 63005-1243
516432677   +Richard Leswing,   c/o The Ritter Law Office, L.L.C.,   55 Fayette Street, P.O. Box 320,
              Bridgeton, NJ 08302-0246
516276213  ++SNAP ON CREDIT LLC,   950 TECHNOLOGY WAY,   SUITE 301,   LIBERTYVILLE IL 60048-5339
             (address filed with court:  Snap On Credit,   950 Technology Way, Suite 301,
              Libertyville, IL 90048)
516276212   +Seterus,   14523 SW Millikan Way - Suite 200,   Beaverton, OR 97005-2352
516344007   +Seterus, Inc. as the authorized subservicer for,   Federal National Mortgage Association,
             ("Fannie Mae"), creditor c/o Seterus, In,   P.O. Box 1047,   Hartford, CT 06143-1047
516276214   +Sullivan Motors, Inc,   PO Box 573,   Woodbine, NJ 08270-0573
516276215   +The Ritter Law Office, LLC,   55 Fayette Street, PO Box 320,   c/o Richard Leswing,
              Bridgeton, NJ 08302-0246
516453641   +US Dept of Education/MOHELA,   633 Spirit Dr,   Chesterfield MO 63005-1243
516276216   +Verizon Wireless,   500 Technology Drive,   Weldon Spring, MO 63304-2225
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Oct 20 2017 23:05:06     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 20 2017 23:05:01     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
516293042   +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 20 2017 23:01:19
              Capital One Auto Finance,   c/o Ascension Capital Group,   P.O. Box 201347,
              Arlington, TX 76006-1347
516276208   +E-mail/Text: BKRMailOPS@weltman.com Oct 20 2017 23:04:50     Kay Jewelers,   375 Ghent Road,
              Fairlaw, OH 44333-4600
516409515    E-mail/Text: bkr@cardworks.com Oct 20 2017 23:04:20     MERRICK BANK,
              Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
516276210   +E-mail/Text: bkr@cardworks.com Oct 20 2017 23:04:20     Merrick Bank,   PO Box 1500,
              Draper, UT 84020-1500
516392959    E-mail/Text: bnc-quantum@quantum3group.com Oct 20 2017 23:04:55
              Quantum3 Group LLC as agent for,   Sterling Jewelers Inc,   PO Box 788,
              Kirkland, WA 98083-0788
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516276204*  +Capital One Bank,   P.O. Box 30281,   Salt Lake City, UT 84130-0281
516276205*  +Capital One Bank,   P.O. Box 30281,   Salt Lake City, UT 84130-0281
516300370* ++SNAP ON CREDIT LLC,   950 TECHNOLOGY WAY,   SUITE 301,   LIBERTYVILLE IL 60048-5339
             (address filed with court:  Snap-on Credit, LLC,   950 Technology Way, Suite 301,
              Libertyville, IL 60048)
                                                                                   TOTALS: 0, * 3, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-1         User: admin              Page 2 of 2            Date Rcvd: Oct 20, 2017
                             Form ID: 185             Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 20, 2017 at the address(es) listed below:
          Andrew M. Lubin    on behalf of Creditor    DLJ Mortgage Capital, Inc. bkecf@milsteadlaw.com,
           alubin@milsteadlaw.com
          Denise E. Carlon    on behalf of Creditor    DLJ Mortgage Capital, Inc. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Raymond   Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          Robert P. Saltzman    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
           Federal National Mortgage Association ("Fanne Mae"), creditor c/o Seterus, Inc. dnj@pbslaw.org
          Seymour   Wasserstrum    on behalf of Debtor Jessica   Sheppard mylawyer7@aol.com,
           ecf@seymourlaw.net
                                                                                             TOTAL: 6
```