Form: ICB-19001-01 rev. 01

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-2(c)**

Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ  08002-2977

**Order Filed on November 16,
2017 by Clerk U.S. Bankruptcy
Court District of New Jersey**

In Re:

    Jessica Sheppard

                                    Debtor(s)

Case No.: 16-23057 (JNP)

Hearing Date: 11/15/2017

Judge:          Jerrold N. Poslusny Jr.


## ORDER CONFIRMING MODIFIED CHAPTER 13 PLAN


The relief set forth on the following pages, numbered two(2) through three(3) is hereby

**ORDERED**.


**DATED: November 16, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2 of 3
Debtor: Jessica Sheppard
Case No.: 16-23057 (JNP)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

The modified plan of the debtor having been proposed to the creditor, and a hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provision of the Bankruptcy Code have been complied with, particularly 11 USC § 1329; and for good cause show, it is

**ORDERED** that the modified plan of the above named debtor, dated 10/19/2017, or the last amended plan of the debtor be and it is hereby confirmed.  The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the debtor; and it is further

**ORDERED** that the debtor shall pay the Standing Trustee, Isabel C. Balboa, the sum of  $519.00 **for a period of 20 months** beginning immediately, which payment shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586, together with $5,875.00 paid to date.

**ORDERED** that if the debtor should fail to make plan payments for a period of more than 30 days, the Standing Trustee may file, with the Court and served upon the Debtor and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be dismissed.  The debtor shall have five days within which to file with the Court and serve upon the Trustee a written objection to such Certification.

Page 3 of 3
Debtor: Jessica Sheppard
Case No.: 16-23057 (JNP)
Caption of Order: ORDER CONFIRMING CHAPTER 13 PLAN

---

**ORDERED** as follows:

pursuant to debtor's Chapter 13 Plan as last amended, the secured claim of Seterus, Inc.

will be paid outside of the Chapter 13 Plan pursuant to a loan modification agreement. The

Standing Trustee shall make no payments to Seterus, Inc. on account of pre-petition arrears

set forth in the proof of claim dated August 16, 2016. total plan length of 36 months.

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 16-23057-JNP
Jessica Sheppard                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1          Date Rcvd: Nov 16, 2017
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2017.
db             +Jessica Sheppard,    6013 Highland St,    Port Norris, NJ 08349-3712

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2017                               Signature:  /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2017 at the address(es) listed below:
          Andrew M. Lubin    on behalf of Creditor    DLJ Mortgage Capital, Inc. bkecf@milsteadlaw.com,
          alubin@milsteadlaw.com
          Denise E. Carlon    on behalf of Creditor    DLJ Mortgage Capital, Inc. dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
          Raymond  Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
          Robert P. Saltzman    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
          Federal National Mortgage Association ("Fanne Mae"), creditor c/o Seterus, Inc. dnj@pbslaw.org
          Seymour  Wasserstrum    on behalf of Debtor Jessica  Sheppard mylawyer7@aol.com,
          ecf@seymourlaw.net
                                                                                           TOTAL: 6