| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Law Offices of Seymour Wasserstrum<br>205 W. Landis Avenue<br>Vineland, New Jersey 08360<br>Phone: (856) 696-8300<br>Fax: (856) 696-6962<br>Attorney for Debtor(s) | Order Filed on November 30,<br>2017 by Clerk U.S. Bankruptcy<br>Court District of New Jersey |
| In Re:<br><br>    Jessica Sheppard | Case No.:    16-23057<br>Chapter:    13<br>Hearing Date:  N/A<br>Judge:    JNP |

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: November 30, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

(Page 2)

Debtor(s): Jessica Sheppard

Case No.: 16-23057/JNP

Caption of Order: Order Granting Supplemental Chapter 13 Fees

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Seymour Wasserstrum, Esquire, the applicant, is allowed a fee of $800.00 for services rendered and expenses in the amount of $0.00 for a total of $800.00. The allowance shall be payable:

☒    through the Chapter 13 plan as an administrative priority.

☐    outside the plan.

The debtor's monthly plan payments increase $547.00 for the remaining 20 months commencing on December 1, 2017.

United States Bankruptcy Court
District of New Jersey

In re:  
Jessica Sheppard  
    Debtor

Case No. 16-23057-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Nov 30, 2017  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2017.  
db          +Jessica Sheppard,    6013 Highland St,    Port Norris, NJ 08349-3712

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2017                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2017 at the address(es) listed below:  
         Andrew M. Lubin     on behalf of Creditor    DLJ Mortgage Capital, Inc. bkecf@milsteadlaw.com,  
          alubin@milsteadlaw.com  
         Denise E. Carlon     on behalf of Creditor    DLJ Mortgage Capital, Inc. dcarlon@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
         Raymond Shockley, Jr     on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com  
         Robert P. Saltzman     on behalf of Creditor    Seterus, Inc., as the authorized subservicer for Federal National Mortgage Association ("Fanne Mae"), creditor c/o Seterus, Inc. dnj@pbslaw.org  
         Seymour Wasserstrum     on behalf of Debtor Jessica Sheppard mylawyer7@aol.com,  
          ecf@seymourlaw.net  
                                                              TOTAL: 6