**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jessica Sheppard <br> First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–7428 <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–23057–JNP | |

# Order of Discharge                                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jessica Sheppard

9/11/19                                                                              **By the court:** Jerrold N. Poslusny Jr.
                                                                                                           United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-23057-JNP
Jessica Sheppard                                                      Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 2          Date Rcvd: Sep 11, 2019
                               Form ID: 3180W          Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2019.
db            +Jessica Sheppard,    6013 Highland St,    Port Norris, NJ 08349-3712
cr            +Nationstar Mortgage LLC d/b/a Mr. Cooper,    Stern, Lavinthal & Frankenberg, LLC,
                105 Eisenhower Parkway,    Suite 302,   Roseland, NJ 07068-1640
cr           #+Seterus,    PO Box 1077,   Hartford, CT 06143-1077
cr            +Seterus, Inc., as the authorized subservicer for F,   P.O. Box 1047,    Hartford, CT 06143-1047
516298261     +ADT,    14000 E EXPOSITION AVENUE,    AURORA, CO 80012-2538
516276206     +Cumberland County Special Civil,    60 W Broad Street,   Bridgeton, NJ 08302-2515
516276207      Direct Loan Svc,    P.O. Box 5609,   Greenville, TX 75403-5609
516298259     +JAMES SHEPPARD JR,    6013 HIGHLAND ST,   PORT NORRIS, NJ 08349-3712
516312200     +Kubota Credit Corporation,    PO Box 9013,   Addison, Texas 75001-9013
516298260     +LEADERS FINANCIAL CO,    PO BOX 15820,   RICHMOND, VA 23227-5820
516276211     +Mohela/Dept Of Ed,    633 Spirit Drive,   Chesterfield, MO 63005-1243
518314469     +Nationstar Mortgage LLC d/b/a Mr. Cooper,    PO BOX 619094,   Dallas, TX 75261-9094
518314470     +Nationstar Mortgage LLC d/b/a Mr. Cooper,    PO BOX 619094,   Dallas, TX 75261,
                Nationstar Mortgage LLC d/b/a Mr. Cooper,    PO BOX 619094,   Dallas, TX 75261-9094
516432677     +Richard Leswing,    c/o The Ritter Law Office, L.L.C.,   55 Fayette Street, P.O. Box 320,
                Bridgeton, NJ 08302-0246
516276212    ++SETERUS INC,    PO BOX 619096,   DALLAS TX 75261-9096
                (address filed with court:  Seterus,    14523 SW Millikan Way - Suite 200,   Beaverton, OR 97005)
516276213    ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,   SUITE 301,   LIBERTYVILLE IL 60048-5339
                (address filed with court:  Snap On Credit,    950 Technology Way, Suite 301,
                Libertyville, IL 90048)
516344007     +Seterus, Inc. as the authorized subservicer for,    Federal National Mortgage Association,
                (Fannie Mae), creditor c/o Seterus, In,   P.O. Box 1047,   Hartford, CT 06143-1047
516276214     +Sullivan Motors, Inc,    PO Box 573,   Woodbine, NJ 08270-0573
516276215     +The Ritter Law Office, LLC,    55 Fayette Street, PO Box 320,   c/o Richard Leswing,
                Bridgeton, NJ 08302-0246
516453641     +US Dept of Education/MOHELA,    633 Spirit Dr,   Chesterfield MO 63005-1243

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 12 2019 00:08:24     U.S. Attorney,   970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 12 2019 00:08:18     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516399765      EDI: BANKAMER.COM Sep 12 2019 03:28:00     Bank Of America, N.A.,   PO BOX 31785,
                Tampa, FL 33631-3785
516276202     +EDI: CAPONEAUTO.COM Sep 12 2019 03:28:00     Capital One Auto Finance,   Po Box 259407,
                Plano, TX 75025-9407
516293042     +EDI: AIS.COM Sep 12 2019 03:28:00     Capital One Auto Finance c/o AIS,
                Portfolio Services, LP f/k/a AIS Data,    Services d/b/a Ascension Capital Group,
                4515 N. Santa Fe Ave Dept APS,    Oklahoma City, OK 73118-7901
516276203     +EDI: CAPITALONE.COM Sep 12 2019 03:28:00     Capital One Bank,   P.O. Box 30281,
                Salt Lake City, UT 84130-0281
516361317      EDI: CAPITALONE.COM Sep 12 2019 03:28:00     Capital One Bank (USA), N.A.,   PO Box 71083,
                Charlotte, NC  28272-1083
516461240      EDI: DIRECTV.COM Sep 12 2019 03:28:00     Directv, LLC,   by American InfoSource LP as agent,
                PO Box 5008,    Carol Stream, IL  60197-5008
516276208     +E-mail/Text: BKRMailOPS@weltman.com Sep 12 2019 00:07:55     Kay Jewelers,   375 Ghent Road,
                Fairlaw, OH 44333-4600
516409515      EDI: MERRICKBANK.COM Sep 12 2019 03:28:00      MERRICK BANK,   Resurgent Capital Services,
                PO Box 10368,    Greenville, SC 29603-0368
516276210     +EDI: MERRICKBANK.COM Sep 12 2019 03:28:00     Merrick Bank,   PO Box 1500,
                Draper, UT 84020-1500
516392959      EDI: Q3G.COM Sep 12 2019 03:28:00     Quantum3 Group LLC as agent for,   Sterling Jewelers Inc,
                PO Box 788,    Kirkland, WA 98083-0788
516276216     +EDI: VERIZONCOMB.COM Sep 12 2019 03:28:00     Verizon Wireless,   500 Technology Drive,
                Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516276204*    +Capital One Bank,   P.O. Box 30281,    Salt Lake City, UT 84130-0281
516276205*    +Capital One Bank,   P.O. Box 30281,    Salt Lake City, UT 84130-0281
516300370*   ++SNAP ON CREDIT LLC,    950 TECHNOLOGY WAY,   SUITE 301,   LIBERTYVILLE IL 60048-5339
                (address filed with court:  Snap-on Credit, LLC,    950 Technology Way, Suite 301,
                Libertyville, IL 60048)
516276209    ##+Kubota Credit corp USA,    3401 Del Amo Blvd,   Torrance, CA 90503-1636
                                                                                   TOTALS: 0, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-1          User: admin              Page 2 of 2           Date Rcvd: Sep 11, 2019
                              Form ID: 3180W           Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2019 at the address(es) listed below:

```
              Andrew M. Lubin    on behalf of Creditor    DLJ Mortgage Capital, Inc. bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
              Denise E. Carlon    on behalf of Creditor    DLJ Mortgage Capital, Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Maria Cozzini    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               mcozzini@sternlav.com
              Maria Cozzini    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for Federal
               National Mortgage Association ("Fanne Mae"), creditor c/o Seterus, Inc. mcozzini@sternlav.com
              Raymond  Shockley, Jr    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Robert P. Saltzman    on behalf of Creditor    Seterus, Inc., as the authorized subservicer for
               Federal National Mortgage Association ("Fanne Mae"), creditor c/o Seterus, Inc. dnj@pbslaw.org
              Seymour  Wasserstrum    on behalf of Debtor Jessica  Sheppard mylawyer7@aol.com,
               ecf@seymourlaw.net
                                                                                              TOTAL: 9
```